BEETSON, Appellant, v. BEETSON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Catherine M. Beetson against Frederick W. Beetson and others. G. H. Taylor, Jr., for appellant. H. Wetherhorn, for respondents.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, J., dissents.

BELL et al. v. ULLMAN et al. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by David Bell, Jr., and another, against Julius Ullman and others.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs to defendants.

SPRING and HISCOCK, JJ., dissent.

BENNETT et al., Appellants, v. ANTHONY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Phebe S. Bennett and another against Wallace Anthony.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event, upon question of law only; the facts having been examined and no error found therein. Held that, among other reversible errors, there was no proper proof of the judgment and executive relief thereupon by the defendant.

BENOIT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Anna Benoit against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion for order substituting Mary J. Benoit as administratrix, etc., of Anna Benoit, deceased, the original plaintiff, granted. Decision and order of reversal entered upon the appeal to this court (87 N. Y. Supp. 951) herein vacated, without prejudice to the rights of the parties to take such further steps as they may be advised.

In re BERKES' WILL. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) In the matter of proving the will of Anton Berkes, deceased.

PER CURIAM. Decree of Surrogate's Court reversed on the facts, and new trial ordered before a jury in the Supreme Court at the next Trial Term to be held in the county of Erie, with costs of this appeal to abide the event of the new trial. Held, that the disposition of the facts by the surrogate is not free from doubt and not entirely satisfactory. The order will state the questions to be tried.

WILLIAMS, J., dissents.

BERLINER, Respondent, v. WIENER, Appellant. (Supreme Court, Appellate Term, November 29, 1905.) Appeal from City Court of New York. Action by Joseph Berliner against Arthur M. Wiener. From a judgment for plaintiff, defendant appeals. Reversed. Samuel C.

Steinhardt, for appellant. Manheim & Manheim, for respondent.

PER CURIAM. The evidence of the two principals respecting the terms of the hiring, for damages upon the alleged breach of which this action is brought, is flatly contradictory; but the evidence of the employer is so measurably corroborated by other witnesses, by the application for employment signed by the plaintiff himself, and by circumstances that it seems proper to reverse the judgment as contrary to the weight of evidence. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BERTSCH, Respondent, v. HEID et al., Appellants. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by William F. Bertsch against Carolina B. Heid, Emily H. Bertsch, and Charles M. Heid. No opinion. Judgment modified, by deducting therefrom the extra allowance of costs, and judgment, as modified, and order, affirmed, without costs.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 7.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BIRCH, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant. (No. 8.) (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry C. Birch against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

BIRD, Respondent, v. VILLAGE OF TARRYTOWN, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by James Bird against the village of Tarrytown. No opinion. Order affirmed, with $10 costs and disbursements.

In re BIRNBAUM. (Supreme Court, Appellate Division, First Department. November 10, 1905.) In the matter of Jacob M. Birnbaum. T. M. Tyng, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BISSEL, Appellant, v. SACKETT WALL BOARD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Francis J. Bissel against the Sackett Wall Board Company.

PER CURIAM. Order affirmed, with costs. Held that, the order appealed from granting a